# EXHIBIT A

Honorable Court,

I would like to sincerely apologize to the California Highway Patrol for my actions on June 8, 2025. I take full responsibility for my decisions that day, and I understand that my actions could have put the officers, the public, and myself in danger. Looking back, I realize that my choices were irresponsible and could have resulted in far more serious consequences.

Since this incident, I have had a lot of time to reflect on what happened. This experience has changed my perspective on life and has taught me a lesson that I will never forget. I have learned that every decision has consequences, and that one poor choice can affect not only your own life but also the lives of others.

The consequences of my actions continue to affect me today. This experience has been emotionally difficult, and I have had to face the reality of how one mistake can impact my future, my career goals, and my family. Although this has been one of the hardest experiences of my life, I am grateful to still have the opportunity to learn from it and continue moving forward.

To the officers of the California Highway Patrol, I am truly sorry for the position I put you in. I know you dedicate your lives to protecting the public, and my actions made your job more difficult. You deserved my respect and cooperation, and I regret that I did not demonstrate that on that day.

I can honestly say that I have learned from this mistake. I am committed to obeying the law, making responsible decisions, and becoming a better man. My goal is to continue working, pursue trade school, earn my CDL, and live a life that makes my family proud.

I understand that trust is earned through actions, not words. I respectfully ask the Court to believe that this experience has changed me. I can assure you that I have learned my lesson, and I never want to find myself in this position again. You will not see me back before this Court for the same type of conduct.

Thank you for taking the time to read my letter and for considering my sincere apology.

Jesus JR Gonzalez Hernandez