# EXHIBIT C

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 31

**25CJCF03641-01**                                                          **July 18, 2025**

**The People of the State of California**                                   **8:30 AM**
**vs.**
**Gonzalez-Hernandez, Jesus**

Honorable Keith H. Borjon, Judge
M. Gonzalez, Judicial Assistant                        Deborah Morin (#11558), Court Reporter

---

PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC409

**NATURE OF PROCEEDINGS:** Preliminary Hearing Setting

The following parties are present for the aforementioned proceeding:

   Jesus Gonzalez-Hernandez, Defendant
   Daniel Charles Leib, Private Counsel
   Eric William Siddall, Deputy District Attorney

---

The matter is called for Preliminary Hearing Setting.

On People's Motion, Complaint is amended by interlineation to add Count 011, a violation of PC245(c), a Felony.

The Defendant is advised of, understands, and personally waives the following rights, the right against self incrimination, the right to confront and cross examine witnesses, the right to produce evidence and present a defense, the right to a Preliminary Hearing, and the right to a Trial by Court or Jury.

The Defendant is advised of the nature of charges, elements of the offenses, and possible defenses to such charges. The Defendant is advised of the possible consequences of a plea of guilty or nolo contendere, including maximum penalty and administrative sanctions and the possible legal effects and maximum penalties incident to subsequent convictions for the same or similar offenses.

The Defendant is advised that if not a United States citizen, a conviction of the offense charged will have the consequences of deportation, exclusion from admission or reentry to the United States, and denial of naturalization and amnesty.

The Defendant is advised of effects of parole.

The Defendant is advised of the effects of probation.

---

Minute Order                                                          Page 1 of 3

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 31

**25CJCF03641-01**                                                   July 18, 2025

**The People of the State of California**                                   8:30 AM
**vs.**
**Gonzalez-Hernandez, Jesus**

Counsel for the Defendant joins in the waiver and concurs in the plea.
The Court finds that each waiver is knowingly, understandingly, voluntarily, and explicitly made.
The Court finds there is a factual basis for the Defendant's plea.
The Court accepts the plea.

On people's motion, complaint is amended by interlineation to add allegation pursuant to CRC 4.421(A)(3).

The defendant admits CRC 4.421(A)(3).

The Court finds a factual basis for the plea and admission based on:
Police Report

As to Count 001: PC245(c), Felony, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.

The Court finds a factual basis for the plea and admission based on:
Police Report

As to Count 011: PC245(c), Felony, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.

Disposition as to Count 001, PC245(c), Felony: Conviction After Plea

Disposition as to Count 011, PC245(c), Felony: Conviction After Plea

Disposition as to Count 009, PC245(c), Felony: Dismissed 1385 PC

The Defendant waives their right to be sentenced by the Bench Officer that accepted their plea (Arbuckle Rights).

The Defendant enters a waiver in re People vs. Cruz.

Probation and Sentencing Hearing is continued to **Wednesday, August 20, 2025, at 8:30 AM, Clara Shortridge Foltz Criminal Justice Center Dept. - 31.**
The Defendant waives time for sentencing.
The Defendant is ordered to return on the above date.

---

Minute Order                                              Page **2** of **3**

25-CR-731(A)-JFW_00000988

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 31

**25CJCF03641-01**

**July 18, 2025**

**The People of the State of California**
**vs.**
**Gonzalez-Hernandez, Jesus**

**8:30 AM**

Defendant Remains Remanded. Bail remains set in the amount of $400,000.00.

Remand order issued.

---

Minute Order                                         Page **3** of **3**

25-CR-731(A)-JFW_00000989

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 31

**25CJCF03641-01**

**The People of the State of California**
**vs.**
**Gonzalez-Hernandez, Jesus**

**August 20, 2025**

**8:30 AM**

Honorable Keith H. Borjon, Judge
M. Gonzalez, Judicial Assistant

Jessica Lopez (#14771), Court Reporter

---

PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC409, PC245(c)

**NATURE OF PROCEEDINGS:** Nunc Pro Tunc Order Hearing

The following parties are present for the aforementioned proceeding:

No Appearances

---

The matter is called for Nunc Pro Tunc Order Hearing.

It appearing to the Court that through inadvertence and/or clerical error, the minute order of July 18, 2025, in the above-entitled action does not properly reflect the Court's order. At the direction of the Judicial Officer, said minute order is corrected nunc pro tunc as of July 18, 2025, as follows:

By striking: On People's motion, Complaint is amended by interlineation to add count 11, a violation of PC 245(c), a felony.

By adding: On People's motion, Complaint is amended by interlineation to add count 11, a violation of PC 241(c), a misdemeanor.

All other orders are to remain in full force and effect.

---

Minute Order                                    Page **1** of **1**

25-CR-731(A)-JFW_00000990

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Clara Shortridge Foltz Criminal Justice Center Dept. - 31

**25CJCF03641-01**

**The People of the State of California**
**vs.**
**Gonzalez-Hernandez, Jesus**

**August 20, 2025**

**8:30 AM**

Honorable Keith H. Borjon, Judge
M. Gonzalez, Judicial Assistant

Jessica Lopez (#14771), Court Reporter

---

PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC245(c), PC409, PC241(c)

**NATURE OF PROCEEDINGS:** Probation and Sentencing Hearing

The following parties are present for the aforementioned proceeding:

> Jesus Gonzalez-Hernandez, Defendant
> Daniel Charles Leib, Private Counsel
> Eric William Siddall, Deputy District Attorney

---

The matter is called for Probation and Sentencing Hearing.

The Defendant waives arraignment for judgment and states there is no legal cause why sentence should not be pronounced. The Court orders the following judgment:

CONFINEMENT/FINE:

As to Count 001 PC245(c), Felony:
The Court selects the High Term of in State Prison - Execution of Sentence Suspended.

SUPERVISION:

As to Count 001 PC245(c), Felony:
Defendant is placed on **Formal Probation** for a period of **3 Years** upon the following terms and conditions:

---

Minute Order

Page **1** of **3**

25-CR-731(A)-JFW_00000991

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 31

25CJCF03641-01

**August 20, 2025**

**The People of the State of California**
vs.
**Gonzalez-Hernandez, Jesus**

**8:30 AM**

CONDITIONS OF SUPERVISION:

Any mandatory and non-punitive fees or assessments ordered in this case are not conditions of supervision.

Unless otherwise specified, this order constitutes a single grant of supervision for multiple counts, and all terms and conditions imposed apply to all counts.

CONFINEMENT/FINE:

As to Count 001 PC245(c), Felony:
The Defendant is ordered to serve 120 Days in Los Angeles County Jail as a condition of probation.

**The Defendant is given total credit of 120 Days as follows:**
*60 Days Actual Custody Credit and 60 Days Good Time/Work Time*

SUPERVISION:

As to Count 011 PC241(c), Misdemeanor: Imposition of Sentence Suspended
Defendant is placed on **Summary Probation** for a period of **1 Years** upon the following terms and conditions:

CONDITIONS OF SUPERVISION:

PROB26: Defendant acknowledges that they understand and accept each term and condition of Summary Probation.
PROB12: Obey all laws and orders of the Court.

Any mandatory and non-punitive fees or assessments ordered in this case are not conditions of supervision.

Unless otherwise specified, this order constitutes a single grant of supervision for multiple counts, and all terms and conditions imposed apply to all counts.

CONFINEMENT/FINE:

As to Count 011 PC241(c), Misdemeanor:
The Defendant is ordered to serve  in Los Angeles County Jail as a condition of probation.

**The Defendant is given total credit of 120 Days as follows:**

25-CR-731(A)-JFW_00000992

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 31

**25CJCF03641-01**

**The People of the State of California**
**vs.**
**Gonzalez-Hernandez, Jesus**

**August 20, 2025**

**8:30 AM**

*60 Days Actual Custody Credit and 60 Days Good Time/Work Time*

Disposition as to Count 002, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 003, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 004, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 005, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 006, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 007, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 008, PC245(c), Felony: Dismissed 1385 PC

Disposition as to Count 010, PC409, Misdemeanor: Dismissed 1385 PC

The court has no objection to transfer Probation to Clark County Nevada.


Defendant on Probation.

Order for release issued.
AN127573

On Court's motion, Firearms Prohibited Relinquishment Rpt - Non-Appearance Hrg is set for **Monday, October 20, 2025,** at **8:30 AM** in **Clara Shortridge Foltz Criminal Justice Center Dept. - 31**.

25-CR-731(A)-JFW_00000993