# EXHIBIT D

RETURN DATE:  8/20/2025

DEPARTMENT:  31

-oOo-

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 31                    HON. KEITH H. BORJON, JUDGE

PEOPLE OF THE STATE OF CALIFORNIA, )
                                   ) CASE NO. 25CJCF03641
                    PLAINTIFF,     )
                                   ) GUILTY PLEA
        VS.                        ) FORMAL PROBATION
                                   )
01) JESUS GONZALEZ-HERNANDEZ,      )
                                   )      **CERTIFIED**
                    DEFENDANT.     )      **TRANSCRIPT**
_____)

LOS ANGELES, CALIFORNIA; JULY 18, 2025

A.M. SESSION

UPON THE ABOVE DATE, THE DEFENDANT BEING PRESENT IN COURT AND REPRESENTED BY COUNSEL DANIEL C. LEIB, PRIVATE COUNSEL; THE PEOPLE BEING REPRESENTED BY ERIC W. SIDDALL, DEPUTY DISTRICT ATTORNEY FOR THE COUNTY OF LOS ANGELES, THE FOLLOWING PROCEEDINGS WERE HELD:

(DEBORAH MORIN, CSR NO. 11558, OFFICIAL REPORTER)

08-14-2025 3:20PM

-OOO-

THE COURT:  ADD ON TODAY'S CALENDAR, JESUS GONZALEZ-HERNANDEZ.  THIS MATTER IS HERE PRELIMINARY HEARING SETTING.

COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE RECORD.

MR. LEIB:  GOOD MORNING, YOUR HONOR.  DANIEL LEIB ON BEHALF OF JESUS GONZALEZ-HERNANDEZ WHO IS PRESENT IN CUSTODY BEFORE THE COURT.

MR. SIDDALL:  WILLIAM SIDDALL FOR THE PEOPLE.

THE COURT:  BOTH PARTIES -- WELL, ACTUALLY MR. SIDDALL, YOU HAVE FILED A PLEA AGREEMENT THAT'S BEEN SIGNED BY BOTH COUNSEL, AS WELL AS MR. LEIB, SETTING FORTH THE TERMS AND CONDITIONS OF THE PLEA AGREEMENT; CORRECT?

MR. LEIB:  I THINK YOU MEANT MR. GONZALEZ, ALTHOUGH I DID SIGN IT ALSO.

MR. SIDDALL:  YES, YOUR HONOR.  ALL PARTIES HAVE SIGNED THE PLEA AGREEMENT.

THE COURT:  GOOD MORNING, MR. GONZALEZ.

THE DEFENDANT:  GOOD MORNING, YOUR HONOR.

THE COURT:  ALL RIGHT.

MR. SIDDALL:  YOUR HONOR, DO YOU WANT ME TO WALK HIM THROUGH THE PLEA AGREEMENT?  I WAS GOING TO DO IT JUST ON THE RECORD AS WELL.

THE COURT:  FIRST I WANT TO MAKE SURE.

ALL RIGHT.  THIS IS YOUR SIGNATURE ON THE LAST PAGE?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  PRIOR TO SIGNING IT, DID YOU HAVE SUFFICIENT TIME TO TALK WITH YOUR ATTORNEY ABOUT THE TERMS AND CONDITIONS OF THE PLEA AGREEMENT?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  ALL RIGHT.  DO YOU WANT TO GO OVER IT AGAIN JUST TO MAKE SURE THAT YOU UNDERSTAND EVERYTHING? IS THAT WHAT YOU WANT TO DO TODAY, ENTER THAT AGREEMENT?

THE DEFENDANT:  YES.

THE COURT:  ALL RIGHT.  BEFORE I CAN ALLOW YOU TO DO THAT, I HAVE TO MAKE SURE YOU UNDERSTAND YOUR RIGHTS, AND I'M GOING TO HAVE THE PROSECUTOR HERE ADVISE YOU OF YOUR RIGHTS.  PLEASE LISTEN CAREFULLY.  IF THERE'S ANYTHING HE TELLS YOU ABOUT YOUR RIGHTS THAT YOU DO NOT UNDERSTAND, STOP US AND YOU'LL HAVE A CHANCE TO TALK TO YOUR LAWYER.

ALSO, YOU'LL HEAR IN OPEN COURT THE TERMS STATED ON THE RECORD.  IF THERE'S ANYTHING DIFFERENT OR SOMETHING YOU DO NOT UNDERSTAND, STOP US AGAIN AND WE'LL SORT THAT OUT.

DO YOU UNDERSTAND BOTH OF THESE INSTRUCTIONS, MR. GONZALEZ?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  WITH THOSE UNDERSTANDINGS, MR. SIDDALL.

MR. SIDDALL:  THANK YOU, YOUR HONOR.

FIRST, YOUR HONOR, WE'RE GOING TO ASK THE COURT TO ADD A COUNT 11, AND COUNT 11 TO THE COMPLAINT

08-14-2025 3:20PM

WILL BE THE CHARGE OF ASSAULT ON A PEACE OFFICER IN VIOLATION OF PENAL CODE SECTION 241(C) CHARGED AS A MISDEMEANOR, AND WE ARE ALSO GOING TO ADD A FACTOR IN AGGRAVATION PURSUANT TO CALIFORNIA RULE OF COURT 4.421(A)(3) THAT THE VICTIM WAS PARTICULARLY VULNERABLE.

THE COURT:  ALL RIGHT.  PEOPLE'S MOTION TO AMEND BY INTERLINEATION TO ADD A COUNT 11 FOR MISDEMEANOR VIOLATION OF PENAL CODE SECTION 241(C), ASSAULT ON A PEACE OFFICER, IS GRANTED.  THAT IS ADDED.

ALSO, PEOPLE'S MOTION TO ADD TO THE COMPLAINT AN AGGRAVATING FACTOR UNDER CALIFORNIA RULE OF COURT RULE 4.421(A)(3) THAT THE VICTIM IN THIS CASE WAS PARTICULARLY VULNERABLE IS ALSO ADDED AS A FACTOR IN AGGRAVATION.

MR. SIDDALL:  AND I'M SORRY, THERE'S ONE MORE THING I NEED TO DO.  I'D ALSO LIKE -- BEFORE WE BEGIN THE PLEA, SO THIS SHOULDN'T BE CONSIDERED PART OF THE PLEA AGREEMENT.  I'M GOING TO DISMISS COUNT 9.

THE COURT:  COUNT 9, PURSUANT TO THE PLEA AGREEMENT, IS DISMISSED 1385 OF THE PENAL CODE.

MR. SIDDALL:  I'M SORRY, THAT DISMISSAL IS NOT PURSUANT TO THE PLEA AGREEMENT.  THAT IS JUST TO CONFORM TO THE PROOF THAT WE HAVE AT THIS JUNCTURE.

THE COURT:  ALL RIGHT.  CONFORM TO PROOF, 1385. COUNT 9 IS DISMISSED.

MR. SIDDALL:  THANK YOU.

MAY I BEGIN, YOUR HONOR?

THE COURT:  YOU MAY.

MR. SIDDALL: THANK YOU. IS JESUS GONZALEZ-HERNANDEZ YOUR TRUE AND CORRECT NAME?

THE DEFENDANT: YES.

MR. SIDDALL: OKAY. AND, SIR, IS YOUR DATE OF BIRTH SEPTEMBER THE 6TH OF 2003?

THE DEFENDANT: YES.

MR. SIDDALL: I WANT TO FIRST LET YOU KNOW WHAT YOU'RE CHARGED WITH. I'M SURE YOU'VE ALREADY BEEN EXPLAINED THE CHARGES WITH YOUR DEFENSE LAWYER, BUT I JUST WANT TO MAKE SURE YOU UNDERSTAND WHERE WE'RE AT.

YOU'RE CHARGED IN THIS COMPLAINT WITH A TOTAL OF 10 COUNTS. THE FIRST EIGHT COUNTS ARE SIMILAR IN CHARGE THAT ON OR ABOUT JUNE THE 8TH OF 2025 IN THE COUNTY OF LOS ANGELES YOU COMMITTED THE CRIME OF ASSAULT UPON A PEACE OFFICER IN VIOLATION OF PENAL CODE SECTION 245(C) CHARGED AS A FELONY.

ALL OF THESE COUNTS ARE CONSIDERED STRIKES, ARE CONSIDERED VIOLENT FELONIES UNDER THE CALIFORNIA PENAL CODE. THE MAXIMUM TIME THAT YOU COULD RECEIVE FOR COUNT 1 IS FIVE YEARS IN STATE PRISON.

FOR THE ADDITIONAL COUNTS, IT'S 16 MONTHS CONSECUTIVE. I'VE CALCULATED THAT TO BE ABOUT 14 MONTHS -- I'M SORRY, 14 YEARS, FOUR MONTHS.

THERE'S AN ADDITIONAL COUNT 10 THAT'S CHARGED AS A MISDEMEANOR THAT'S IN VIOLATION OF CALIFORNIA PENAL CODE SECTION 409. THAT HAS TO DO WITH A RIOT, AND THEN THERE'S COUNT 11, AND THAT'S THE ASSAULT ON A PEACE OFFICER AS A MISDEMEANOR THAT HAS A

MAXIMUM TIME OF ONE YEAR IN THE COUNTY JAIL.

SO IN TOTAL, YOUR TOTAL EXPOSURE AS IT'S CURRENTLY CHARGED IS 15 YEARS -- 15 YEARS, TEN MONTHS AS FAR AS I CAN CALCULATE IT.

DO YOU UNDERSTAND THESE CHARGES AGAINST YOU?

THE DEFENDANT:  YES.

MR. SIDDALL:  DO YOU UNDERSTAND THE MAXIMUM TIME OF CONFINEMENT AS IT CURRENTLY STANDS?

THE DEFENDANT:  YES.

MR. SIDDALL:  AND AFTER UNDERSTANDING THESE CHARGES AND DISCUSSIONS WITH YOUR DEFENSE LAWYER, IS IT YOUR DESIRE TO ENGAGE IN A PLEA AGREEMENT WITH THE PEOPLE?

THE DEFENDANT:  YES.

MR. SIDDALL:  AND WHENEVER I'M SPEAKING ABOUT THE PEOPLE, I'M SPEAKING ABOUT THE DISTRICT ATTORNEY'S OFFICE REPRESENTING THE PEOPLE IN THE STATE OF CALIFORNIA.  DO YOU UNDERSTAND THAT?

THE DEFENDANT:  YES.

MR. SIDDALL:  BY THE WAY, YOU HAVE SOMEWHAT OF A QUIET VOICE.

THE DEFENDANT:  NO WORRIES.  MY BAD.

MR. SIDDALL:  JUST FOR THE COURT REPORTER.

THE DEFENDANT:  OH, YES.

MR. SIDDALL:  SO YOU DON'T STRAIN HER ABILITIES.

THE DEFENDANT:  MY APOLOGIES.

MR. SIDDALL:  NO PROBLEM.

08-14-2025 3:20PM

25-CR-731(A)-JFW_00001000

SIR, SO THERE'S A PLEA AGREEMENT THAT YOU SIGNED. IT IS A TOTAL OF SIX PAGES IN LENGTH. I WANT TO CONFIRM. I KNOW YOU'VE ALREADY DISCUSSED THIS WITH THE COURT, BUT THE FIRST SIGNATURE ON THE PAGE IS MY SIGNATURE. THE SECOND SIGNATURE, I BELIEVE THAT IS YOUR SIGNATURE; IS THAT CORRECT?

THE DEFENDANT: YES, THAT'S CORRECT.

MR. SIDDALL: AND THEN YOUR LAWYER HAS ALSO SIGNED ON YOUR BEHALF AS WELL RIGHT BELOW YOURS.

IN TERMS OF THIS PLEA AGREEMENT, HAVE YOU HAD ENOUGH TIME WITH YOUR ATTORNEY TO DISCUSS THE TERMS OF THIS PLEA AGREEMENT?

THE DEFENDANT: YES.

MR. SIDDALL: OKAY. AND THERE ARE CERTAIN OBLIGATIONS THAT YOU HAVE UNDER THE PLEA AGREEMENT. I'M GOING EXPLAIN THEM EVEN THOUGH YOU'VE ALREADY READ THEM. I'M JUST GOING TO BRIEFLY SUMMARIZE THEM.

FIRST OF ALL, AS TO ONE OF THE PRIMARY OBLIGATIONS YOU WILL HAVE IS YOU WILL PLEAD GUILTY TO COUNT 1 OF THE COMPLAINT, AND THAT'S IN VIOLATION OF PENAL CODE SECTION 245(C) CHARGED AS A FELONY.

PART OF THAT IN THAT PLEA AGREEMENT IS THAT YOU WILL BE SENT TO STATE PRISON FOR THE TERM OF FIVE YEARS. THAT SENTENCE WILL BE SUSPENDED. WHAT THAT MEANS IS IF YOU HAVE ANY VIOLATIONS WHATSOEVER OF EITHER -- ANY OF THE CONDITIONS OUTLINED IN THIS PLEA AGREEMENT OR ANY CONDITIONS OF PROBATION, YOU WILL BE SENT TO STATE PRISON. AND A VIOLATION COULD BE ANY

VIOLATION OF LAW, OR IF THERE'S A BREACH IN THE AGREEMENT YOU'RE GOING TO BE SENT TO STATE PRISON.

FURTHER, WHAT YOU'RE PLEADING TO IN TERMS OF COUNT 1 IS A STRIKE, WHICH MEANS ANY SENTENCE THAT YOU RECEIVE IN THE FUTURE CAN BE DOUBLED.  IF YOU RECEIVE THREE FELONIES THAT ARE SERIOUS OR VIOLENT IN NATURE, YOU WILL BE SENT TO PRISON FOR 25 YEARS TO LIFE PER COUNT.

SO THIS IS -- THIS IS AN EXTREMELY SERIOUS CHARGE.  IT CARRIES EXTREMELY HEAVY CONSEQUENCES, AND I'M ONLY SAYING THAT TO YOU BECAUSE YOU DO NOT HAVE ANY CRIMINAL RECORD WHATSOEVER, AND FROM WHAT I UNDERSTAND THIS IS YOUR FIRST-TIME ENCOUNTER WITH THE JUSTICE SYSTEM.

SO DO YOU UNDERSTAND THESE CONSEQUENCES?

THE DEFENDANT:  YES, I DO.

MR. SIDDALL:  OKAY.  FURTHER, YOU'RE GOING TO BE PLACED ON PROBATION FOR A PERIOD OF THREE YEARS.  THAT'S GOING TO BE SUPERVISED PROBATION.  I UNDERSTAND THAT YOU LIVE IN THE STATE OF NEVADA AND YOU PROBABLY WOULD LIKE YOUR PROBATION TO BE TRANSFERRED THERE.  WE WILL HAVE NO OBJECTIONS.  THAT'S GOING TO BE A DETERMINATION THAT IS UP TO THE COURT AND ALSO TO THE DEPARTMENT OF PROBATION, BUT IN TERMS OF THE DISTRICT ATTORNEY'S POSITION, WE HAVE NO ISSUE WITH YOU TRANSFERRING YOUR PROBATION OVER TO NEVADA AND TO CLARK COUNTY.  THAT'S ALSO OUTLINED IN THIS AGREEMENT.

THE OTHER PART OF THE AGREEMENT IS THAT YOU

08-14-2025 3:20PM

25-CR-731(A)-JFW_00001002

WILL NOT BE SENTENCED TODAY, BUT YOU WILL BE SENTENCED ON AUGUST THE 20TH OF 2025 WHICH MEANS -- AND YOU WILL REMAIN IN THE CUSTODY OF THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT UNTIL THAT DAY.

THE CHARGE THAT YOU ARE ALSO BEING CHARGED WITH PROHIBITS YOU FROM USING A FIREARM IN THE FUTURE OR POSSESSING A FIREARM IN THE FUTURE.  THAT WILL NOT ONLY BE A VIOLATION OF THIS AGREEMENT, IT WOULD NOT ONLY BE A VIOLATION OF YOUR PROBATION CONDITIONS, BUT IT COULD ALSO BE AN ADDITIONAL CHARGE AGAINST YOU.

THE OTHER CHARGE THAT YOU'RE GOING TO PLEAD TO IS COUNT 11, AND COUNT 11 IS BEING CHARGED AS A SIMPLE ASSAULT ON A PEACE OFFICER IN VIOLATION OF CALIFORNIA PENAL CODE SECTION 245 -- I'M SORRY -- 241(C), AND THAT'S CHARGED AS A MISDEMEANOR.

THE REASON WHY YOU'RE BEING CHARGED WITH THIS ADDITIONAL CHARGE IS THAT AT THE END OF A FIVE-YEAR PERIOD, ASSUMING YOU DO NOT VIOLATE ANY TERMS OF THE AGREEMENT, AND ASSUMING THAT YOU DO NOT VIOLATE ANY TERMS OF PROBATION OR YOU -- AND ASSUMING YOU'RE NOT CONVICTED OF ANY NEW CRIME, YOU WILL HAVE THE OPPORTUNITY TO PETITION THIS COURT OR WHICHEVER JUDICIAL OFFICER IS IN THIS COURTROOM TO DISMISS COUNT 1, AND YOU WILL -- ON THE RECORD ALL THAT WILL BE REMAINING IS COUNT 11, WHICH IS A MISDEMEANOR.

SO THIS IS AN INCREDIBLE OPPORTUNITY FOR YOU TO BE ABLE TO CLEAN YOUR RECORD UP, AND WE ARE GIVING THIS TO YOU BECAUSE, ALTHOUGH I THINK YOUR

25-CR-731(A)-JFW_00001003

CONDUCT IS -- WAS PRETTY REPREHENSIBLE AND YOU FRANKLY EMBARRASSED OUR STATE TREMENDOUSLY AND PROBABLY HELPED HAVE THE FEDERAL GOVERNMENT SEND IN THE NATIONAL GUARDS AND MARINES BECAUSE OF THIS CONDUCT, I THINK THAT YOU SHOULD BE GIVEN A CHANCE, AND MY OFFICE BELIEVES THAT YOU SHOULD BE GIVEN A CHANCE TO EARN A MISDEMEANOR IN THE FUTURE WHICH MEANS THAT YOU WILL BE ABLE TO COME BACK HERE WITHIN FIVE YEARS AFTER YOUR SENTENCE.  SO AUGUST 20TH OF 2030, ASSUMING THERE'S NO ISSUES.  YOU WILL ASK THIS COURT TO DISMISS COUNT 1 AND WE WILL NOT OPPOSE THAT DISMISSAL BECAUSE THAT'S PART OF OUR PLEA AGREEMENT.

OKAY.  DO YOU UNDERSTAND THIS?

THE DEFENDANT:  YES, I DO.

MR. SIDDALL:  AND I WANT TO THANK YOUR ATTORNEY FOR HELPING NEGOTIATE THIS PLEA BECAUSE I THINK IT IS ACTUALLY SOMETHING VERY FAIR FOR ALL PARTIES INVOLVED. I THINK IT MAKES SURE THAT WE SHOW THAT YOUR CONDUCT WAS INAPPROPRIATE.  WE PUNISH YOU FOR THAT CONDUCT, BUT IT ALSO GIVES YOU THE OPPORTUNITY TO BE ABLE TO CLEAN UP YOUR RECORD.

YOU'RE ALSO GOING TO ADMIT TO A FACTOR IN AGGRAVATION PURSUANT TO CALIFORNIA RULE OF COURT 4.421(A)(3), THAT THE VICTIM WAS PARTICULARLY VULNERABLE.  THIS IS REQUIRED BECAUSE WE'RE SELECTING THE HIGH TERM, AND UNDER CALIFORNIA LAW THERE HAS TO BE A FACTOR IN AGGRAVATION.

YOU'RE ALSO NOT TO CONTEST TO ANY FACTUAL

BASIS OF THIS PLEA. YOU'RE TO ABIDE BY THE ENTIRE PLEA. YOU'RE NOT TO COMMIT ANY FUTURE CRIMES.

YOU'RE TO BE TRUTHFUL AT ALL TIMES WITH ANY LAW ENFORCEMENT OFFICIALS, WHETHER IT'S PAROLE AGENTS, PROBATION AGENTS OR ANY LAW ENFORCEMENT WHATSOEVER.

YOU'RE TO COMPLY WITH ANY REQUESTS BY LAW ENFORCEMENT TO SEARCH YOUR PERSON, PLACE OR THINGS WITH OR WITHOUT PROBABLE CAUSE. YOU'RE TO ABIDE BY ALL ADDITIONAL ORDERS THAT THIS COURT IS GOING TO GIVE YOU. YOU'RE TO BE TRUTHFUL AT ALL TIMES IN ANY JUDICIAL PROCEEDING. YOU'RE GOING TO HAVE TO PAY ANY RESTITUTION THAT IS -- THAT IS OWED.

I DON'T SEE ANY RESTITUTION AT THIS POINT. AND AGAIN, MOST IMPORTANTLY, IF YOU VIOLATE ANY TERMS OF THIS AGREEMENT OR ANY TERMS OF PROBATION OR YOU COMMIT ANY FUTURE CRIME WITHIN THAT FIVE-YEAR PERIOD, THEN YOU'RE NOT GOING TO GET THE BENEFIT OF DISMISSAL OF COUNT 1, AND IF YOU COMMIT ANY CRIME WITHIN THE PERIOD OF YOUR PROBATION, WHICH IS THREE YEARS, YOU WILL BE SENT -- WE WILL ASK THIS COURT FOR BREACH. WE WILL FILE A PROBATION VIOLATION, AND IF THE COURT FINDS THAT YOU ARE IN BREACH OR THAT THERE IS A PROBATION VIOLATION, YOU WILL BE SENT TO PRISON FOR A TERM OF FIVE YEARS.

DO YOU UNDERSTAND ALL OF THIS?

THE DEFENDANT: YES, I DO.

MR. SIDDALL: OKAY. DO YOU HAVE ANY QUESTIONS AT ALL?

THE DEFENDANT: NO.

MR. SIDDALL: OKAY. THERE ARE CERTAIN OBLIGATIONS THAT WE HAVE. WE WILL DISMISS EVERY COUNT, THAT'S COUNTS 2 THROUGH 8 AND COUNTS 10, IN EXCHANGE FOR THIS PLEA. AS I STATED, AFTER THE FIVE-YEAR PERIOD OF SENTENCING, IF YOU COMPLIED WITH ALL THE CONDITIONS AND TERMS OF THIS PLEA AGREEMENT, THEN WE WILL NOT OPPOSE YOUR DISMISSING COUNT 1.

DO YOU UNDERSTAND THIS?

THE DEFENDANT: YES, SIR.

MR. SIDDALL: OKAY. THERE ARE CERTAIN CONSTITUTIONAL RIGHTS THAT YOU MUST UNDERSTAND. YOU MUST ALSO WAIVE THESE CONSTITUTIONAL RIGHTS, AND THESE CONSTITUTIONAL RIGHTS ARE OUTLINED ON PAGE 4.

I'M GOING TO INSTRUCT YOU ON ONE ADDITIONAL RIGHT THAT I BELIEVE I MAY HAVE OMITTED, AND THAT IS A RIGHT TO A PRELIMINARY HEARING. THAT'S WHAT WE WOULD HAVE DONE IN A COUPLE DAYS WHERE THE PEOPLE WOULD HAVE TO PRODUCE EVIDENCE AND SHOW THAT THERE'S PROBABLE CAUSE FOR THE CRIMES AGAINST YOU. YOU WOULD HAVE A RIGHT TO AN ATTORNEY DURING THIS PROCEEDING, AND YOU WOULD HAVE THE RIGHT TO CONFRONT AND CROSS-EXAMINE THE WITNESSES AGAINST YOU.

DO YOU UNDERSTAND YOUR RIGHT TO A PRELIMINARY HEARING AND DO YOU GIVE UP THIS RIGHT?

THE DEFENDANT: YES.

MR. SIDDALL: THERE ARE ALSO CERTAIN CONSTITUTIONAL RIGHTS THAT YOU MUST UNDERSTAND BEFORE YOU PLEAD GUILTY HERE TODAY.

25-CR-731(A)-JFW_00001006

FIRST OF ALL, THERE'S A RIGHT TO PERSIST IN YOUR STATUS AS BEING NOT GUILTY.  IN OTHER WORDS, YOU CAN CONTINUE TO SAY THAT YOU ARE NOT GUILTY AND EXERCISE YOUR FIFTH AMENDMENT RIGHTS, AND ALSO YOU WOULD FORCE THE PEOPLE TO PRODUCE EVIDENCE OF THE CHARGES AGAINST YOU BEYOND A REASONABLE DOUBT BEFORE A JURY.

DO YOU UNDERSTAND THIS RIGHT?

THE DEFENDANT:  YES.

MR. SIDDALL:  DO YOU UNDERSTAND THAT YOU ALSO HAVE THE RIGHT TO A SPEEDY AND PUBLIC TRIAL BY JURY.  DURING THIS JURY TRIAL YOU WOULD BE REPRESENTED BY COUNSEL. YOU WOULD HAVE THE PRESUMPTION OF INNOCENCE THROUGHOUT THIS ENTIRE -- THROUGHOUT THE ENTIRE JURY TRIAL, AND THE BURDEN OF PROOF IS PLACED ON THE PEOPLE TO PROVE THAT YOU ARE GUILTY BEYOND A REASONABLE DOUBT.

YOU WOULD ALSO HAVE THE RIGHT TO CONFRONT AND CROSS-EXAMINE THE WITNESSES AGAINST YOU.  YOU WOULD HAVE THE RIGHT TO TESTIFY IF YOU WISH IN YOUR OWN DEFENSE.  YOU WOULD ALSO HAVE THE RIGHT TO PRESENT EVIDENCE IN OPPOSITION OF THE CHARGES.  YOU WOULD HAVE THE RIGHT TO COMPEL WITNESSES TO TRIAL.  YOU WOULD HAVE THE RIGHT NOT TO BE COMPELLED TO TESTIFY, AND IF YOU ELECTED NOT TO TESTIFY, NONE OF THESE -- NONE OF THAT WOULD BE PRESENTED AS EVIDENCE AGAINST YOU.

YOU WOULD ALSO HAVE THE RIGHT TO PURSUE AN AFFIRMATIVE DEFENSE.  ALSO YOU WOULD HAVE THE RIGHT TO CHALLENGE EVIDENCE BASED UPON THE FOURTH AND FIFTH AMENDMENTS OF THE UNITED STATES CONSTITUTION AND ITS

25-CR-731(A)-JFW_00001007

STATE EQUIVALENT.  YOU WOULD ALSO HAVE THE RIGHT TO HAVE -- YOU WOULD ALSO HAVE THE RIGHT TO FILE PRETRIAL MOTIONS ON YOUR OWN DEFENSE.

DO YOU UNDERSTAND ALL OF YOUR CONSTITUTIONAL AND PROCEDURAL RIGHTS AND DO YOU GIVE THEM UP?

THE DEFENDANT:  YES.

MR. SIDDALL:  FURTHER, IN TERMS OF THE NATURE OF THE OFFENSE, THERE IS A SECTION THAT DISCUSSES THIS. I'M NOT GOING TO GO INTO IT, BUT DID YOU READ IT WITH YOUR ATTORNEY?

THE DEFENDANT:  YES.

MR. SIDDALL:  BRIEFLY THOUGH, IT IS SPECIFICALLY AS IT RELATES TO THE ELEMENTS OF THE CHARGE THAT WE WOULD HAVE TO PROVE AGAINST YOU AS IT RELATES TO COUNT 1, ASSAULT ON A PEACE OFFICER CHARGED AS A FELONY, BUT YOU DID GO THROUGH THAT?

THE DEFENDANT:  YES.

MR. SIDDALL:  AND DID YOU HAVE ANY QUESTIONS AS TO THAT?

THE DEFENDANT:  NO.

MR. SIDDALL:  THERE'S ALSO CERTAIN WAIVERS OF YOUR CONVICTION AND YOUR APPEAL.  BASICALLY YOU CANNOT FILE AN APPEAL, AND THE ONLY WAY THAT YOU WOULD BE ABLE TO FILE AN APPEAL IS IF UNDER LIMITED CONDITIONS THAT ARE OUTLINED ON PAGE 5 OF THE AGREEMENT.  YOU ALSO WILL NOT BE ABLE TO WITHDRAW YOUR PLEA IN THIS AGREEMENT OTHER THAN WHAT WE'VE JUST TALKED ABOUT IN TERMS OF COUNT 1

AFTER FIVE YEARS.

DO YOU UNDERSTAND THIS?

THE DEFENDANT:  YES.

MR. SIDDALL:  ARE THERE ANY QUESTIONS THAT YOU HAVE AS IT RELATES TO THE ACTUAL PLEA AGREEMENT?

THE DEFENDANT:  NO.

MR. SIDDALL:  OKAY.  I JUST WANT TO MAKE SURE THAT -- THERE'S OTHER CERTAIN RIGHTS THAT YOU HAVE OR CONSEQUENCES OF YOUR PLEA HERE TODAY.

I DON'T BELIEVE THIS APPLIES TO YOU, BUT I'M REQUIRED TO READ THIS UNDER STATE LAW.

IF YOU'RE NOT A CITIZEN OF THE UNITED STATES, BECAUSE OF YOUR PLEA, YOU WILL BE DEPORTED, EXCLUDED FROM ADMISSION TO THE UNITED STATES OR DENIED NATURALIZATION.

HAVE YOU SPOKEN TO YOUR ATTORNEY ABOUT YOUR IMMIGRATION CONSEQUENCES AND HAVE YOU BEEN INFORMED ABOUT THIS POTENTIAL CONSEQUENCE?

MR. LEIB:  ONE MOMENT.  COULD I HAVE A MOMENT, YOUR HONOR?

THE COURT:  YOU MAY.

(COUNSEL AND DEFENDANT CONFER.)

MR. LEIB:  IT'S INAPPLICABLE, BUT WE'VE DISCUSSED IT.

MR. SIDDALL:  I DIDN'T THINK IT WAS APPLICABLE, BUT I'M REQUIRED TO READ IT BY STATE LAW.

08-14-2025 3:20PM

25-CR-731(A)-JFW_00001009

ALSO JUST UNDERSTAND -- AND WE'VE KIND OF DISCUSSED THIS ALREADY, BUT I JUST WANTED TO MAKE SURE YOU UNDERSTAND IT.  IN THE FUTURE IF YOU COMMIT ANOTHER CRIME, YOUR CONVICTION TODAY WILL BE USED TO MAKE YOUR SENTENCE -- TO ENHANCE YOUR SENTENCE IN THE FUTURE.

DO YOU UNDERSTAND THIS?

THE DEFENDANT:  YES.

MR. SIDDALL:  OKAY.  AND AGAIN, THAT WON'T BE APPLICABLE IF YOU COMPLETE ALL THE CONDITIONS AND YOUR COUNT 1 IS DISMISSED BECAUSE COUNT 11 IS NOT -- REALLY IS NOT PRIORABLE OR ANYTHING LIKE THAT.  DO YOU UNDERSTAND THIS?

THE DEFENDANT:  YES, I UNDERSTAND.

MR. SIDDALL:  YOU'RE ALSO GOING TO BE ORDERED TO PROVIDE A DNA SAMPLE, PALM PRINT IMPRESSIONS AND FINGERPRINTS.  DO YOU UNDERSTAND THIS?

THE DEFENDANT:  YES.

MR. SIDDALL:  AND OTHER THAN WHAT WE'VE DISCUSSED IN OPEN COURT OR THE CONDITIONS IN THE PLEA AGREEMENT THAT YOU'VE SIGNED, HAS ANYONE MADE ANY PROMISES TO YOU IN ORDER FOR YOU TO PLEAD HERE TODAY?

THE DEFENDANT:  NO.

MR. SIDDALL:  HAS ANYONE THREATENED YOU OR ANYONE CLOSE TO YOU IN ORDER FOR YOU TO CHANGE YOUR PLEA HERE TODAY?

THE DEFENDANT:  NO.

MR. SIDDALL:  ARE YOU CHANGING YOUR PLEA FREELY AND VOLUNTARILY?

THE DEFENDANT:  YEAH.

MR. SIDDALL:  IS THAT A YES?

THE DEFENDANT:  YES.  SORRY.

MR. SIDDALL:  NO PROBLEM.

ANY OTHER QUESTIONS YOU HAVE?

THE DEFENDANT:  NO.

MR. SIDDALL:  OKAY.  DO YOU UNDERSTAND THE TERMS OF THE AGREEMENT?

THE DEFENDANT:  YES.

MR. SIDDALL:  OKAY.  SO WHAT DO YOU HAVE TO DO IN ORDER TO GET COUNT 1 DISMISSED?

THE DEFENDANT:  YES.

MR. SIDDALL:  WHAT DO YOU HAVE TO DO?

THE DEFENDANT:  STAY OUT OF TROUBLE.

MR. SIDDALL:  THAT'S BASICALLY A GOOD SUMMARY OF IT.

THE DEFENDANT:  STAY OUT OF TROUBLE.

MR. SIDDALL:  YOUR HONOR, MAY I TAKE THE PLEA?

THE COURT:  YES.  AND THE ADMISSIONS.  THE PLEAS AND THE ADMISSIONS.

MR. SIDDALL:  THANK YOU.

SIR, AS TO COUNT 1, A VIOLATION OF CALIFORNIA PENAL CODE SECTION 245(C) CHARGED AS A FELONY, WHICH IS THE CRIME OF ASSAULT ON A PEACE OFFICER COMMITTED ON OR ABOUT JUNE THE 8TH OF 2025, AS TO THAT COUNT, HOW DO YOU PLEAD?

MR. LEIB:  WILL THE COURT ACCEPT A NO CONTEST PLEA?

08-14-2025 3:20PM

MR. SIDDALL:  THE AGREEMENT REQUIRES A GUILTY PLEA.

THE COURT:  I'LL ABIDE BY THE AGREEMENT.

MR. LEIB:  THAT'S FINE.

MR. SIDDALL:  OKAY.  SO SIR, IN TERMS OF COUNT 1, HOW DO YOU PLEAD?

THE DEFENDANT:  GUILTY.

MR. SIDDALL:  AND AS TO COUNT 11, WHICH IS THE CHARGE OF AN ASSAULT ON A PEACE OFFICER IN VIOLATION OF PENAL CODE SECTION 241(C) CHARGED AS A MISDEMEANOR, HOW DO YOU PLEAD?

THE DEFENDANT:  GUILTY.

MR. SIDDALL:  AND DO YOU ALSO FURTHER ADMIT THE CIRCUMSTANCES IN AGGRAVATION PURSUANT TO CALIFORNIA RULE OF COURT 4.421(A)(3) THAT THE VICTIM WAS PARTICULARLY VULNERABLE.  DO YOU ADMIT THIS FACTOR IN AGGRAVATION?

THE DEFENDANT:  YES.

MR. SIDDALL:  AND YOU KNOW WHAT, I JUST REALIZED. BECAUSE OF THE WAY WE'RE CHARGING THIS AS COUNT 1 AND COUNT 11 AS BEING BASICALLY THE SAME FACTS, I'M ACTUALLY GOING TO REVISE THE TOTAL TIME IN CUSTODY AND THAT WOULD ACTUALLY BE 14 YEARS, TEN MONTHS AS TO WHAT YOU WOULD HAVE BEEN EXPOSED TO HAD THE ORIGINAL COMPLAINT BEEN ADJUDICATED.  SO I JUST WANT TO MAKE SURE YOU UNDERSTAND THAT.

DOES THE COURT WISH TO INQUIRE ANY FURTHER, AND DOES THE COURT ACCEPT THE PLEA?

THE COURT:  NOTHING FURTHER.  ONE MOMENT.

08-14-2025 3:20PM

25-CR-731(A)-JFW_00001012

YES, NOTHING FURTHER.  THANK YOU.

MR. GONZALEZ-HERNANDEZ, I'M ACCEPTING YOUR GUILTY PLEA TO BOTH COUNTS 1 AND 11 IN THE AMENDED COMPLAINT; TO COUNT 1, A FELONY VIOLATION OF PENAL CODE SECTION 245(C) AS ASSAULT WITH A DEADLY WEAPON ON A PEACE OFFICER LIKELY TO PRODUCE GREAT BODILY INJURY, AS WELL AS IN COUNT 11, AMENDED COUNT 11, FOR A MISDEMEANOR VIOLATION OF PENAL CODE SECTION 241(C), ASSAULT ON A PEACE OFFICER, AS WELL AS YOUR ADMISSION OF THE TRUTH OF THE AGGRAVATING FACTOR UNDER CALIFORNIA RULE OF COURT 4.421(A)(3), THAT THE VICTIM IN THIS CASE WAS PARTICULARLY VULNERABLE.

AS TO BOTH OF YOUR GUILTY PLEAS AND YOUR ADMISSION; I'M FINDING YOU'VE EXPRESSLY, KNOWINGLY, UNDERSTANDINGLY AND INTELLIGENTLY WAIVED YOUR RIGHTS TO BOTH THE PRELIMINARY HEARING AND THE JURY TRIAL AND FINDING FURTHER AS TO BOTH OF YOUR -- BOTH OF YOUR GUILTY PLEAS AND YOUR ADMISSION THAT THEY ARE FREELY AND VOLUNTARILY MADE WITH AN UNDERSTANDING ON YOUR PART AS TO THE NATURE OF BOTH OF YOUR PLEAS AND ADMISSION AND THE CONSEQUENCES OF BOTH OF YOUR PLEAS AND ADMISSION.

I'M FINDING A FACTUAL BASIS FOR BOTH OF YOUR PLEAS AND ADMISSION BASED ON MY REVIEW OF THE PRE-PLEA REPORT CONTAINED IN THE COURT'S FILE.  I'M ACCEPTING BOTH OF YOUR PLEAS AND ADMISSION AND FIND YOU GUILTY BASED ON YOUR PLEAS AND ADMISSION.

I'M GOING TO GO OVER TWO RIGHTS WITH YOU. YOU HAVE A RIGHT TO BE SENTENCED BY THE SAME JUDGE WHO

08-14-2025 3:20PM

TAKES YOUR PLEA, WHICH IS ME.  AND WE'RE GOING TO SET YOUR SENTENCING HEARING FOR AUGUST 20TH, 2025.  IF YOU RETURN ON AUGUST 20TH, 2025 FOR SENTENCING AND I'M NOT HERE, DO YOU AGREE THAT ANY JUDGE SITTING HERE THAT DAY CAN SENTENCE YOU?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  YOU ALSO HAVE THE RIGHT TO BE SENTENCED WITHIN THE NEXT 20 COURT DAYS.  DO YOU UNDERSTAND YOU HAVE THAT RIGHT?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  AND YOU GIVE UP THAT RIGHT?

THE DEFENDANT:  YES, YOUR HONOR.

THE COURT:  JOIN, MR. LEIB?

MR. LEIB:  YES.

THE COURT:  ALL RIGHT.  TIME IS WAIVED FOR P&S, AND YOUR PROBATION AND SENTENCING HEARING IS SET FOR AUGUST 20TH, 2025.  YOU'RE ORDERED TO APPEAR ON THAT DAY.  YOU'RE TO REMAIN IN CUSTODY UNTIL THAT DAY.  BAIL TO STAND.  YOU'RE ORDERED BACK ON THAT DAY.

ANYTHING ELSE?

MR. LEIB:  YES, YOUR HONOR.  JUST FOR THE RECORD I'D LIKE TO REQUEST -- MAYBE IT'S BEST TO ADDRESS IT ON AUGUST 20TH, BUT I WOULD ASK JUST FOR THE RECORD THAT THE COURT ISSUE AN ORDER ALLOWING MR. GONZALEZ TO TRANSFER HIS PROBATION TO A DIFFERENT JURISDICTION.  IT WOULD BE CLARK COUNTY, NEVADA, BECAUSE I THINK THE PROBATION DEPARTMENT IS GOING TO WANT TO SEE AN ORDER BEFORE THEY DO ANYTHING.

08-14-2025 3:20PM

THE COURT: I LIKELY WOULD APPROVE THAT, BUT IF IT'S FIRST THROUGH PROBATION, MEANING THEY'RE GOING TO -- HE HAS TO REQUEST IT FROM THEM. THEY'RE GOING TO GIVE HIM THE PAPERWORK TO FILL OUT. IT'S ON HIM TO PREPARE IT, TO GET ALL OF THAT DONE. AND THEN UNTIL THAT'S DONE TO PROBATION'S SATISFACTION, THEY WILL NOT SUBMIT A PETITION TO ME IN SUPPORT OF A TRANSFER, BUT I WOULD SUPPORT IT TO THAT EXTENT, YES.

MR. LEIB: OKAY. BUT THE COURT WILL ALLOW HIM TO RETURN TO HIS HOME IN NEVADA AFTER AUGUST 20TH. HE'S BEING RELEASED.

THE COURT: I UNDERSTAND THAT. HE'S STILL UNDER L.A. PROBATION SUPERVISION, BUT I AM APPROVING IT. BUT IF THEY ORDER HIM TO COME BACK, HE'LL LIKELY BE ALLOWED TO REPORT TELEPHONICALLY, BUT THEY'LL HAVE THE AUTHORITY TO MAKE HIM COME IN.

MR. LEIB: I UNDERSTAND.

THE COURT: SO I WILL ALLOW IT, BUT PROBATION CAN MAKE HIM EXPEDITE THE PAPERWORK. AND IF HE DOESN'T, THEY'LL -- AND HE'S NOT REPORTING, THEY WILL FILE A VIOLATION REPORT AND I COULD REVOKE PROBATION ON THAT BASIS.

MR. LEIB: I UNDERSTAND.

THE COURT: SO HE'S GOT TO BE REALLY GOOD WITH PROBATION TO MAKE THIS WORK. THE TERMS OF THE AGREEMENT IS ANY VIOLATION EQUALS IMPOSITION OF THE SENTENCE IF I HEARD IT CORRECTLY.

MR. SIDDALL: YES. THAT IS THE AGREEMENT, IF WE

ASK FOR A VIOLATION AND THE COURT GRANTS THE VIOLATION.

THE COURT:  YES.  SO I WOULD APPROVE IT.

MR. LEIB:  THANK YOU.  AND HIS RELEASE DATE WILL BE AUGUST 20TH.

THE COURT:  AUGUST 20TH.  ALL RIGHT.  YOU'RE ORDERED BACK ON THAT DATE.  BAIL TO STAND.

THANK YOU, EVERYONE.

(THE PROCEEDINGS WERE CONCLUDED.)

08-14-2025 3:20PM

25-CR-731(A)-JFW_00001016

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 31                    HON. KEITH H. BORJON, JUDGE


PEOPLE OF THE STATE OF CALIFORNIA,  )
                                    ) CASE NO. 25CJCF03641
                    PLAINTIFF,      )
                                    ) REPORTER'S
        VS.                         ) CERTIFICATE
                                    )
01) JESUS GONZALEZ-HERNANDEZ,       )
                                    )
                    DEFENDANT.      )
_____)


        I, DEBORAH MORIN, OFFICIAL REPORTER OF THE

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS

ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES 1

THROUGH 22, INCLUSIVE, COMPRISE A FULL, TRUE, AND CORRECT

TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY HELD IN THE

ABOVE-ENTITLED MATTER ON JULY 18, 2025.

        DATED THIS 14TH DAY OF AUGUST, 2025.

_____, CSR NO. 11558
DEBORAH MORIN, OFFICIAL REPORTER

08-14-2025 3:20PM

25-CR-731(A)-JFW_00001017